UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd., <br><br>　　　　Plaintiff-Appellant, <br><br>v. <br><br>**J.P. Plumbing, Inc.**, <br><br>　　　　Defendant-Appellee. | Case No. 21-cv-3127 |

## JOINT STATUS REPORT

### 1. CASE STATUS.

This case arises in a chapter 7 bankruptcy case filed by Mack Industries Ltd., which is pending before the United States Bankruptcy Court for the Northern District of Illinois as case number 17-bk-9308. Ronald R. Peterson (the "Trustee") was appointed as the chapter 7 trustee in that case. In that capacity, the Trustee filed a complaint against J.P. Plumbing Inc., initiating the adversary proceeding pending before the bankruptcy court as case no. 19-ap-465.

J.P. Plumbing filed a motion to dismiss the Trustee's amended complaint and, on May 26, 2021, the bankruptcy judge entered an order granting the motion. The Trustee filed a notice of appeal and a motion for leave to appeal the bankruptcy judge's order, resulting in this case.

The Trustee also filed notices of appeal and motions for leave to appeal in several other similarly situated adversary proceedings in which the bankruptcy judge entered similar rulings.

When the first joint status report was submitted, the lowest-numbered of these cases is *Peterson v. Ferguson Enterprises Inc.*, which was pending before Judge

{00207550}

Kendall as case no. 20-cv-6992. The Trustee filed a motion in the *Ferguson* case asking for this case to be reassigned to Judge Kendall. Before that motion was resolved, however, the Trustee settled and dismissed *Ferguson*.

There are several matters, similar to this one, in which motions for leave to appeal are pending: *Peterson v. Premier Electric Services*, case no. 21-cv-02967, and *Peterson v. Bestway Heating Company, Inc.*, 21-cv-03123. Briefing on these motions for leave to appeal had been stayed due to the pendency of the motion for reassignment in *Ferguson*.

Finally, there is another matter that the Trustee contends involves the same issues as this appeal: *Peterson v. Capital One N.A.*, et al., which is pending before Judge Pacold as case no. 20-cv-6995. This matter is settled, pending approval by the Bankruptcy Court and related administrative matters.

## 2. POSSIBILITY OF SETTLEMENT IN THE CASE.

The parties previously engaged in mediation but were not able to resolve their dispute. Prior to the amendment in the Trustee's demand, the parties engaged in settlement discussions. Recently, the Trustee amended the amount demanded from the Defendant to $26,675.00. The parties have engaged in limited discussion about the possibility of settlement subsequent to the reduction. The Defendant has offered mutual releases in this matter and counsel is presenting such offer to the Trustee.

## 3. DISCOVERY.

As this is an appeal, the parties do not need discovery in this matter.

## 4. PROPOSED SCHEDULE.

The parties propose setting a further status in two months. If the case is not settled before then, and no new motions to reassign are pending, the parties can report on status and, possibly, a briefing schedule on the motion for leave to appeal.

Dated: September 29, 2021

Respectfully submitted,

**Ronald R. Peterson, Trustee**

By: /s/ Justin R. Storer
One of his Attorneys

Law Office of William J. Factor
105 W. Madison St., Suite 1500
Chicago, IL 60602
Phone: (312) 373-7226
jstorer@wfactorlaw.com