**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Ronald R. Peterson
                              Plaintiff,

v.                                                       Case No.: 1:21−cv−03127
                                                                Honorable Robert M. Dow Jr.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 30, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held. Joint status report is due 11/30/2021. Telephone conference is set for 12/3/2021 at 9:00 a.m. If at any time the parties jointly wish to have a settlement conference, they shall contact the Court's Courtroom Deputy for a referral to Magistrate Judge. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.