# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ronald R. Peterson

                Plaintiff,

v.                                               Case No.: 1:21–cv–03127

                                                           Honorable Robert M. Dow Jr.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference set for 12/3/2021 at 9:00 a.m. will be held telephonically. Participants should use the Court's toll–free call–in number 877–336–1829, conference access code is 6963747. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.