## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**Ronald R. Peterson**, as chapter 7
trustee for Mack Industries Ltd.,

         Plaintiff-Appellant,

v.

**J.P. Plumbing, Inc.**,

         Defendant-Appellee.

Case No. 21-cv-3127

## JOINT STATUS REPORT

### 1. CASE STATUS.

This case arises in a chapter 7 bankruptcy case filed by Mack Industries Ltd., which is pending before the United States Bankruptcy Court for the Northern District of Illinois as case number 17-bk-9308. Ronald R. Peterson (the "Trustee") was appointed as the chapter 7 trustee in that case. In that capacity, the Trustee filed a complaint against J.P. Plumbing Inc., initiating the adversary proceeding pending before the bankruptcy court as case no. 19-ap-465.

J.P. Plumbing filed a motion to dismiss the original complaint filed by the Trustee. J.P. Plumbing was successful in this matter and the Trustee amended the complaint. J.P. Plumbing filed a motion to dismiss Count I of the Amended Complaint and, on May 26, 2021, the bankruptcy judge entered an order granting the motion. The Trustee filed a notice of appeal and a motion for leave to appeal the bankruptcy judge's order, resulting in this case.

The Trustee is prosecuting two other cases, *Peterson v. Premier Electric Services* and *Peterson v. Bestway Heating Company, Inc.,* which have the same fact patterns as the J.P. Plumbing matter. In the *Bestway* matter, 21-cv-03123, the District Court hearing the Trustee's appeal required briefing rather than the continuances granted

herein. On November 12, 2021, the Honorable Sharon Johnson Coleman entered a memorandum opinion and order in favor of Bestway Heating Company, Inc. (Case No. 1:21-cv-03123), denying the Trustee's motion for leave to file an interlocutory appeal, and thereby terminating the case from the court's docket.

The Trustee's motion for leave to appeal in *Peterson v. Premier Electric Services*, case no. 21-cv-02967 is still outstanding and has been stayed.

Finally, there is another matter that the Trustee contends involves the same issues as this appeal: *Peterson v. Capital One N.A.*, et al., which is pending before Judge Pacold as case no. 20-cv-6995. This matter is settled, pending approval by the Bankruptcy Court and related administrative matters.

**General Background**

In 2019, the Trustee filed more than 400 adversary proceedings in the underlying Bankruptcy Cases. Judge Doyle was forced to recuse herself from hearing 2 of the matters due to a family member working at a law-firm representing two defendants. Those two matters are back in Judge Doyle's courtroom per her own statements in court. Accordingly, per Judge Doyle's statements, there can be no further dissension as to the results or rulings. This was one of the Trustee's arguments as to why an interlocutory appeal was needed.

## 2. POSSIBILITY OF SETTLEMENT IN THE CASE.

The parties previously engaged in mediation but were not able to resolve their dispute. Prior to the amendment in the Trustee's demand, the parties engaged in settlement discussions. Recently, the Trustee amended the amount demanded from the Defendant to $26,675.00. The parties have engaged in limited discussion about the possibility of settlement subsequent to the reduction. The Defendant has offered mutual releases in this matter.

## 3. DISCOVERY.

As this is an appeal, the parties do not need discovery in this matter.

## 4. PROPOSED SCHEDULE.

In an effort to avoid continued undue delay, the parties propose submitting the briefings filed in the *Bestway* matter for this Court's review. The issues are the same and briefing would be identical but for the Defendant's name and could be instructive for this Court to issue a ruling. If the Court would prefer its own set of briefings, the Defendant proposes a briefing filed by December 7, 2021 with a response by December 14, 2021 for the Trustee.


Dated: November 30, 2021                                   Respectfully submitted,

                                                                      **J.P. Plumbing, Inc.**

                                                                      By: */s/ Brian J. Jackiw*
                                                                                One of its Attorneys


                                                                      Brian J. Jackiw
                                                                      Dina Lupancu
                                                                      TUCKER ELLIS LLP
                                                                      233 South Wacker Drive, Suite 6950
                                                                      Chicago, IL 60606
                                                                      Phone: (312) 624-6300
                                                                      Fax: (312) 6246309
                                                                      brian.jackiw@tuckerellis.com
                                                                      dina.lupancu@tuckerellis.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021 the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian J. Jackiw
Brian J. Jackiw, Esq.

**One of the Attorneys for Defendant J.P. Plumbing, Inc.**